IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALICE LYMAN, et al. | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| vs. | : | NO.  14-6235 |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., | : | |
|     Defendants | : | |

## O R D E R

**AND NOW,** this   16th   day of December, 2014, upon consideration of the defendants' motion to dismiss Count Three of the complaint (Document #5), and the response of the plaintiffs thereto (Document #7), IT IS HEREBY ORDERED that the motion is DENIED without prejudice.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.